IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DOUGLAS M. SAYLOR,**                         3:10-CV-1313-JE

       **Plaintiff,**                              **JUDGMENT**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

       **Defendant.**

     Based on the Court's Order (#39), the Court hereby **ADOPTS** the Magistrate Judge's Findings and Recommendation (#32) and, accordingly, **DISMISSES** this matter **with prejudice**.

     IT IS SO ORDERED.

     DATED this 20th day of August, 2012.

                                      /s/ Anna J. Brown
                                      _____
                                      ANNA J. BROWN
                                      United States District Judge

1 - JUDGMENT